# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE PIKE,<br><br>　　　　　Plaintiff,<br><br>　-vs.-<br><br>MICHAELS STORE, INC. and DOES 1 to 30,<br><br>　　　　　Defendants. | **CASE NO.: 2:22-cv-00270-DSF-AS**<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>[*Removal from Superior Court of California, County of Ventura, Case No. 56-2021-00560934-CU-PO-VTA*] |

# ORDER

On February 18, 2022, the Parties to the above-referenced action filed a Stipulation and Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Central District of California case number 2:22-cv-00270-DSF-AS styled VALERIE PIKE v. MICHAELS STORE, INC. is hereby remanded to Ventura County Superior Court.

IT IS SO ORDERED.

DATED: February 22, 2022

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE